EXHIBIT 1

Notice Letter

National Environmental Law Center
44 Winter Street, Boston, MA 02108 (617) 422-0880 (ph) (617) 292-8057 (fx)

March 12, 2008

BY CERTIFIED MAIL
RETURN RECEIPT REQUESTED

Ed Lavallee
City Manager
City of Newport
43 Broadway
Newport, Rhode Island 02840

Mayor Stephen C. Waluk
City of Newport
43 Broadway
Newport, Rhode Island 02840

Alan P. Krusi, President
Earth Tech, Inc.
300 Oceangate Suite 700
Long Beach, California 90802

Edward D. Breen, Jr.
Chairman and CEO
Tyco International Ltd.
9 Roszel Road
Princeton, New Jersey 08540

Dear Sirs:

This is written on behalf of Environment Rhode Island and its members and Newport residents Burton Hoffman, Henry Rosemont, Jr., David Wixted, and Henry T. Wrobel (collectively, "Environment Rhode Island").

The City of Newport ("Newport") owns a sanitary and industrial sewer system, a storm sewer system, and combined sewer overflow ("CSO") facilities. Throughout this

letter, I use the term "Newport system" to refer to this entire collection of piping, facilities, outfalls, and related infrastructure.

Earth Tech, Inc. ("Earth Tech"), a Tyco International company, operates the Newport system. In December 2000, Newport and Earth Tech entered into a twenty-year service contract wherein Earth Tech accepted responsibility for the operation of the Newport system. Earth Tech further accepted responsibility for compliance with applicable laws pertaining to the operation of the Newport system and the nature of the system influent (all wastewater, storm water, and infiltration and inflows entering the system) and effluent (all wastewater and storm water discharged from the Newport Water Pollution Control Plant, the CSO outfalls, and storm water outfalls). Newport pays Earth Tech approximately three million dollars per year for this service.

The owner and the operator of a wastewater and storm water system are both liable for violations of a National Pollutant Discharge Elimination System ("NPDES") permit issued to that system under Section 402 of the Clean Water Act, 33 U.S.C. § 1342. In Rhode Island, the Rhode Island Department of Environmental Management ("DEM") issues and administers NPDES permits through the Rhode Island Pollutant Discharge Elimination System ("RIPDES") program.

Under this program, DEM has issued RIPDES Permit No. RI0100293 to Newport and Earth Tech for discharges from the Newport system to Newport Harbor ("Newport RIPDES Permit"). This permit contains, among other requirements, numeric and narrative limits on the discharge of pollutants, and specifications for pollutant monitoring.[1] The permit authorizes Newport and Earth Tech to discharge wastewater to Newport Harbor through four permitted outfalls: the Water Pollution Control Plant located on Connell Highway ("Newport WPCP") (Outfall 001A); the Wellington Avenue Microstraining Facility ("Wellington CSO Facility") (Outfall 007A); the Long Wharf Combined Sewer Overflow ("Long Wharf CSO") (Outfall 003A); and the Washington Street Combined Sewer Overflow Facility ("Washington CSO Facility") (Outfall 010A).[2]

---

[1] This Newport RIPDES Permit was reissued on December 1, 2007. All of the provisions of this 2007 reissued permit cited in this letter were also in the previous version of the permit, issued in 1997, albeit sometimes under different section numbering. All of the provisions of the Newport RIPDES Permit cited in this letter are identified by the section numbering used in the 2007 revised permit and, where the provision was found under different numbering in the 1997 version of the permit, that earlier numbering is listed as well.

[2] Compliance with the Newport RIPDES Permit's numeric BOD and TSS % removal requirements at the Long Wharf CSO and Washington CSO Facility is evaluated using the calculated effluent discharge designated as Outfall 002C ("Long Wharf/Washington Street Flow"). It is Environment Rhode Island's understanding that there has been no discharge from Outfall 003A over the past five years.

Newport is also authorized to discharge storm water in accordance with the Rhode Island General Permit for Storm Water Discharge from Small Municipal Separate Storm Sewer Systems, No. RIR040000 ("General Permit"). DEM issued the General Permit under the RIPDES program to regulate storm water discharges from cities such as Newport, and Newport has sought coverage under this permit. The General Permit imposes certain limitations and requirements on municipalities discharging storm water.

The discharge of any pollutant in violation of either of these RIPDES permits is prohibited under Section 301(a) of the Clean Water Act, 33 U.S.C. § 1311(a). Based on available information, Environment Rhode Island believes that Newport and Earth Tech have violated and will continue to violate (1) the federal Clean Water Act, 33 U.S.C. § 1251, et seq., (2) the Newport RIPDES Permit, and (3) the General Permit, as set forth below:

I. Exceedances of Numeric Discharge Limitations at the Newport WPCP

Table 1, attached, lists the dates, from March 2003 through December 2007, on which Newport and Earth Tech have exceeded the specified numeric effluent limits for flow, biochemical oxygen demand ("BOD"), BOD % removal, total suspended solids ("TSS"), TSS % removal, total residual chlorine, and/or fecal coliform at Outfall 001A, the Newport WPCP. Table 1 also provides a description of each applicable effluent limit and the amount discharged. Each exceedance constitutes a violation of the identified limit in the Newport RIPDES Permit, I.A.1-2, and of section 301(a) of the Clean Water Act.

II. Failure to Meet the Numeric BOD and TSS % Removal Requirements at the Wellington CSO Facility

Table 2, attached, lists the dates, from March 2003 through December 2007, on which Newport and Earth Tech have failed to meet the specified numeric requirements for BOD % removal and/or TSS % removal at Outfall 007A, the Wellington CSO Facility, along with the applicable % removal requirement. Although Newport and Earth Tech stopped monitoring and reporting the BOD and TSS % removal rates in 2003, Environment Rhode Island believes, and therefore alleges, that this violation has been continuous over the past five years. In DEM's September 2007 response to Newport's comments on the draft Newport RIPDES Permit, the agency acknowledged that the City is unable to currently comply with the applicable % removal requirements of the DEM and EPA CSO Policies. Each such failure constitutes a violation of the identified requirement in the Newport RIPDES Permit, I.A.8, and of section 301(a) of the Clean Water Act.

III. Failure to Meet the Numeric BOD and TSS % Removal Requirements for the Long Wharf/Washington Street Flow

Table 3, attached, lists the dates, from March 2003 through December 2007, on which Newport and Earth Tech have failed to meet the specified numeric requirements for BOD % removal and/or TSS % removal for Outfall 002C, the Long Wharf/ Washington Street Flow, along with the applicable % removal requirement and the % removal actually achieved. Each such failure constitutes a violation of the identified requirement in the Newport RIPDES Permit, I.A.5, and of section 301(a) of the Clean Water Act.

IV. Failure to Monitor and Report Discharges at the Wellington CSO Facility

Table 4, attached, lists the dates between March 2003 and December 2007 on which wastewater was discharged from the Wellington CSO Facility (Outfall 007A) for 15 minutes or longer. On each of these occasions, Newport and Earth Tech failed to monitor the discharge for BOD, BOD % removal, TSS, TSS % removal, oil and grease, settleable solids, and settleable solids % removal, and to report the results to DEM, as required by Newport's RIPDES permit. Each such failure constitutes a violation of the Newport RIPDES Permit, I.A.8-9 and I.B.1.b.9, and of section 301(a) of the Clean Water Act.

V. Violations of the Narrative Requirements of the Newport RIPDES Permit

During the five years previous to the date of this letter, Newport and Earth Tech have violated narrative requirements contained in the Newport RIPDES Permit, as set forth below:

A. Violation of the RIDEM CSO Policy – Failure to Achieve Primary Treatment at the Wellington CSO Facility and the Washington CSO Facility

The Newport RIPDES Permit, I.B.1.a, requires compliance with all conditions of the Rhode Island Department of Environmental Management Combined Sewer Overflow Policy ("RIDEM CSO Policy"), including those not specifically listed in the permit.[3] The RIDEM CSO Policy requires that each CSO discharge receive "equivalent primary treatment," defined as the use of technologies "such that the treated effluent results in removal rates of 50% of the [TSS] and 35% of the [BOD] loadings or 100% of all settleable solids, whichever is demonstrated to have the greatest water quality impact."

As discussed above and outlined in Table 2, Newport and Earth Tech have failed to meet the equivalent primary treatment effluent removal rates for BOD and TSS at Outfall 007A, the Wellington CSO Facility. As discussed above and outlined in Table 3,

[3] In the 1997 version of the permit, this provision was found at I.B.2.

they have also failed to meet these effluent removal rates for the calculated effluent discharge designated as Outfall 002C. Because the removal rates calculated for Outfall 002C are based on a combination of the removal rates attained at Outfall 010A, the Washington CSO Facility, and the (generally much higher) removal rates attained at the Newport WPCP, all of the dates listed on Table 3 represent times at which the required % removal was not attained at Outfall 010A. Each such failure constitutes a violation of the RIDEM CSO Policy, the Newport RIPDES Permit, I.B.1.a, and section 301(a) of the Clean Water Act.[4]

B. Failure to Implement All of the Nine Minimum Controls for CSOs

The Newport RIPDES Permit, I.B.1.b and d, requires that Newport and Earth Tech implement and document compliance with specified Nine Minimum Controls.[5] Implementation of Nine Minimum Controls is also required by the Environmental Protection Agency Combined Sewer Overflow Policy, 59 Fed. Reg. 18,688 (April 19, 1994) ("EPA CSO Policy"), II.B, and the Newport RIPDES Permit, I.B.1.a, requires compliance with all conditions of the EPA CSO Policy.[6] As detailed below, Newport and Earth Tech have failed to implement five aspects of the Nine Minimum Controls described in the permit. This failure constitutes a violation of the Newport RIPDES Permit, I.B.1.a, b, and d, section 301(a) the Clean Water Act, and (with one exception) the EPA CSO Policy, II.B.

1. Failure to Reduce the Magnitude, Frequency, and Duration of CSOs

The Newport RIPDES Permit, I.B.1.b.1, requires permittees to "maintain and implement Standard Operating Procedures and proper operation and maintenance programs for the sewer system and all CSO outfalls to reduce the magnitude, frequency, and duration of CSOs."[7] (Only a portion of this requirement is listed as one of the Nine Minimum Controls in the EPA CSO Policy.) In the past five years, the flow rate of the combined wastewater discharged through the Washington and Wellington CSO Facilities, measured in gallons of wastewater discharged per inch of rain, has actually increased. This failure by Newport and Earth Tech to operate the sewer system to minimize the magnitude frequency and duration of CSOs violates the Newport RIPDES Permit, I.B.1.a and I.B.1.b.1, and section 301(a) of the Clean Water Act. On the basis of available

[4] Environment Rhode Island believes that the TSS and BOD % removal rates are the relevant standard here. However, as also shown on Tables 2 and 3, 100% removal of settleable solids is not achieved at these outfalls.

[5] In the 1997 version of the permit, this provision was found at I.B.5.

[6] In the 1997 version of the permit, this provision was found at I.B.2.

[7] In the 1997 version of the permit, this provision was found at I.B.5.a.

information, Environment Rhode Island believes, and therefore alleges, that this violation has been continuous over the past five years.

2. Failure to Operate the WPCP at Maximum Treatable Flow During Wet Weather

The Newport RIPDES Permit, I.B.1.b.4, requires the permittees to "maintain and implement Standard Operating Procedures to operate the POTW treatment plant at maximum treatable flow during all wet weather conditions to reduce the magnitude, frequency, and duration of CSOs."[8] This requirement ensures that, as additional flow is diverted from the CSOs to the WPCP, the WPCP continues to meet the Newport RIPDES Permit effluent requirements. Past attempts to maximize treatable flow at the WPCP have resulted in violations of the Newport RIPDES Permit requirements including TSS, BOD, TSS % removal, BOD % removal and fecal coliform. Newport and Earth Tech have failed to modify their Standard Operating Procedures to maximize treatable flow at the WPCP during wet weather. This failure violates the Newport RIPDES Permit, I.B.1.a and I.B.1.b.4, the EPA CSO Policy, II.B.4, and section 301(a) of the Clean Water Act. On the basis of available information, Environment Rhode Island believes, and therefore alleges, that this violation has been continuous over the past five years.

3. Failure to Install and Maintain Identification Signs at Wellington CSO Facility and Washington CSO Facility

The Newport RIPDES Permit, I.B.1.b.8, requires the permittees to install and maintain an identification sign for each combined sewer outfall structure.[9] The signs must be located at or near the outfall structures, and must be easily readable by the public. Newport and Earth Tech are in violation of this requirement, and have been over the past five years. On the basis of available information, Environment Rhode Island believes, and therefore alleges, that there is no sign located at or near the location of the Wellington CSO Facility outfall. Further, the identification sign located at the Elm Street pier, which identified the Washington CSO Facility outfall yet faced away from shore and was bent in half, appears to have been removed. The failure to install or maintain signage at the Wellington CSO Facility and Washington CSO Facility constitutes a violation of the Newport RIPDES Permit, I.B.1.a and I.B.1.b.8, the EPA CSO Policy, II.B.8, and section 301(a) of the Clean Water Act.

[8] In the 1997 version of the permit, this provision was found at I.B.5.d.

[9] In the 1997 version of the permit, this provision was found at I.B.4.

4. Failure to Notify the Public of the Occurrence of CSO Events and to Determine the Nature and Duration of Harmful Conditions Due to CSO Events

The Newport RIPDES Permit, I.B.1.b.8, requires the permittees to implement a public notification process to inform citizens of when and where CSOs occur.[10] The process must include: (a) a mechanism to alert persons of the occurrence of CSOs and (b) a system to determine the nature and duration of conditions that are potentially harmful for users of receiving waters due to CSOs. Newport and Earth Tech do not have a public notification procedure and do not inform the public when a CSO occurs. The only public notification of a CSO event occurs weeks later when Newport and Earth Tech submit the monthly discharge monitoring reports to DEM. Additionally, neither Newport nor Earth Tech has conducted adequate water quality monitoring of Newport Harbor to determine whether and to what extent the discharges cause a hazard to public health. The failure to implement a public notification process and to monitor for human health hazards violates the Newport RIPDES Permit, I.B.1.a and I.B.1.b.8, the EPA CSO Policy, II.B.8, and section 301(a) of the Clean Water Act. On the basis of available information, Environment Rhode Island believes, and therefore alleges, that this violation has been continuous over the past five years.

5. Failure to Monitor CSOs and Water Quality for Newport Harbor

The Newport RIPDES Permit, I.B.1.b.9, requires the permittees to monitor CSO outfalls to characterize CSO impacts and the efficacy of CSO controls.[11] The permittees must collect data, including water quality data for receiving water bodies and data demonstrating the water quality impacts directly related to CSOs. Newport and Earth Tech do not conduct routine or periodic water quality monitoring of Newport Harbor and therefore lack the information necessary to characterize the water quality impacts directly related to CSOs. This failure constitutes a violation of the Newport RIPDES Permit, I.B.1.a and I.B.1.b.9, the EPA CSO Policy, II.B.9, and section 301(a) of the Clean Water Act. On the basis of available information, Environment Rhode Island believes, and therefore alleges, that this violation has been continuous over the past five years.

C. Failure to Minimize the Discharge of Pollutants from the Wellington CSO Facility

The Newport RIPDES Permit, I.E.2, requires the permittees to "operate and improve the sewer system to minimize the discharge of pollutants" from combined sewer overflows. The microstrainers at the Wellington CSO Facility have long been inoperable, and have never worked properly. The upgrades made to this facility in 2001 and 2003 were not sufficient to minimize the discharge of BOD, TSS, and other pollutants.

---

[10] In the 1997 version of the permit, this provision was found at I.B.5.h.

[11] In the 1997 version of the permit, this provision was found at I.B.5.i.

Further, because the facility does not have an adequate chlorination system, it does not minimize the discharge of fecal coliform. Accordingly, Newport and Earth Tech have violated the Newport RIPDES Permit, I.E.2, and section 301(a) of the Clean Water Act.

D. Violation of the EPA CSO Policy – Violation of State Water Quality Standards ("WQS")

The Newport RIPDES Permit, I.B.1.a, requires compliance with all conditions of the EPA CSO Policy, including those not specifically listed in the permit.[12] The EPA CSO Policy, IV.B.1.c, requires compliance "with applicable WQS, no later than the date allowed under the State's WQS, expressed in the form of a narrative requirement." Because the Wellington and Washington CSO Facilities discharge inadequately treated sewage and other pollutants, cause or contribute to the closure of public beaches for swimming and other recreational uses, and cause or contribute to the closure of shellfish beds, the discharges from these facilities violate the minimum general water quality criteria set forth in Part D.(1)(a)(i)-(v) and Part D.(1)(b)(i)-(iii) of Rule 8 of the Rhode Island and Providence Plantations Department of Environmental Management Water Quality Regulations (July 2006) ("RI WQ Regulations").

In violation of these criteria, these discharges: "[a]dversely affect the composition of fish and wildlife;" "[a]dversely affect the physical, chemical, or biological integrity of the habitat;" "[i]nterfere with the propagation of fish and wildlife;" "adversely alter the life cycle functions, uses, processes and activities of fish and wildlife;" "[a]dversely affect human health;" "[s]ettle to form deposits that...create a nuisance [] or interfere with the existing or designated uses;" resulting in floating materials that "create a nuisance or interfere with the existing or designated uses;" and "[p]roduce odor or taste or change the...biological conditions to such a degree as to create a nuisance or interfere with the existing or designated uses." These discharges thus violate the Newport RIPDES Permit, I.B.1.a, and section 301(a) of the Clean Water Act.

E. Violation of the EPA CSO Policy – Failure to Timely Develop and Submit a Long-Term CSO Control Plan

The Newport RIPDES Permit, I.B.1.a, requires compliance with all conditions of the EPA CSO Policy, including those not specifically listed in the permit.[13] The EPA CSO Policy, II.A and IV.B.c, requires permittees to "immediately undertake...to develop a long-term CSO control plan," and to develop such plan "as soon as practicable, but generally within two years" of permit issuance. Although the EPA CSO Policy was issued in 1994, and the Newport RIPDES Permit incorporating its terms was issued in 1997, Newport and Earth Tech have not yet developed a long-term CSO control plan. Moreover, the plan currently under development would address only the Wellington CSO

---

[12] In the 1997 version of the permit, this provision was found at 1.B.2.

[13] In the 1997 version of the permit, this provision was found at 1.B.2.

Facility, while an acceptable long-term plan would also address the Washington CSO Facility. This ongoing failure constitutes a violation of the Newport RIPDES Permit, I.B.1.a, and section 301(a) of the Clean Water Act.

F. Failure to Minimize Infiltration and Inflow to the Sewer System

The Newport RIPDES Permit, I.E.2, requires the permittees to "operate and improve the sewer system to minimize infiltration/inflow to the sewer system." Although Newport and Earth Tech are in the process of disconnecting a few of the cross-connections between the storm sewer and sanitary sewer, the bulk of these cross-connections remain. During rain events, storm water enters the sanitary sewer at the cross-connection points. When the sanitary sewer reaches capacity, the excess combined storm water and wastewater is discharged into Newport Harbor. Furthermore, Newport and Earth Tech have no plan for implementation and enforcement of disconnection of improper sewer connections such as rain leaders and sump pumps, even though they estimate that the leaders and sump pumps can contribute more than 1 million gallons of water per day during peak flow to the sanitary sewer. This failure violates the Newport RIPDES Permit, I.E.2, and section 301(a) of the Clean Water Act. On the basis of available information, Environment Rhode Island believes, and therefore alleges, that this violation has been continuous over the past five years.

G. Failure to Minimize and Prevent Discharges Likely to Adversely Affect Human Health or the Environment

The Newport RIPDES Permit, General Condition (d), requires the permittees to "take all reasonable steps" to "minimize or prevent" any discharge that "has a reasonable likelihood of adversely affecting human health or the environment." Newport and Earth Tech have not pursued many available short-term and long-term approaches to reducing the magnitude, duration, and frequency of CSOs (some of which are outlined in this letter). This ongoing failure constitutes a violation of the Newport RIPDES Permit, General Condition (d), and section 301(a) of the Clean Water Act.

VI. Violations of the Rhode Island General Permit for Storm Water Discharge from Small Municipal Separate Storm Sewer Systems

A. Unpermitted Discharge of Storm Water Mixed With Non-Storm Water

The General Permit, I.B.4.a, prohibits "storm water discharges mixed with non-storm water discharges" that are not specifically authorized under the General Permit. Further, the General Permit, I.B.4.b, prohibits otherwise allowable non-storm water discharges "which are determined to be significant contributors of pollutants to waters of the State." The discharges from the Newport system to Easton's Beach (First Beach) and Atlantic Beach are significant contributors to the frequent closing of swimming and other recreational activities at those beaches. To the extent that these discharges contain coliform bacteria, other bacteria, or other pollutants with a non-storm water origin, these

are discharges of storm water mixed with non-storm water in violation of these provisions of the General Permit and of section 301(a) of the Clean Water Act.

B. Discharges of Storm Water in Violation of State Antidegradation Policy

The General Permit, I.B.4.k, prohibits "discharges not in compliance with the state's anti-degradation policy for water quality standards." Rule 18.B of the RI WQ Regulations, which applies to discharges that began or were expanded after November 28, 1975, prohibits degradation of a water body that interferes with an existing use. The discharges from the Newport storm water system to Easton's Beach (First Beach) and Atlantic Beach are significant contributors to the frequent closing of swimming and other recreational activities at those beaches, and thus interfere with those uses in violation of the antidegradation policy.

Additional information, including information in Newport or Earth Tech's possession, may reveal additional violations of the Clean Water Act at the Newport WPCP, the Wellington CSO Facility, or the Washington CSO Facility. This letter covers all such violations occurring within the five years immediately preceding the service of this notice letter.

Although some of the violations referenced herein will require longer-term solutions and investment, much could be done in the relative short term. An adequate program of effluent and ambient monitoring, together with the installation of adequate treatment systems, would reduce or mitigate the harm caused by the CSOs. Similarly, low cost operational improvements (and perhaps targeted technological upgrades) at the Newport WPCP could reduce or eliminate violations at that facility and enhance its ability to accommodate increased flow during wet weather.

Under Section 505(a) of the Clean Water Act, 33 U.S.C. § 1365(a), a citizen may commence an enforcement action against any person who violates an "effluent standard or limitation" under the Clean Water Act. Environment Rhode Island intends to file suit against Newport and Earth Tech in federal court to secure appropriate relief under federal law for these violations and for any similar violations that occur after the date of this notice letter. In so doing, Environment Rhode Island seeks to improve the water quality of the Newport Harbor and Narragansett Bay by securing long-term compliance with applicable law. Pursuant to Section 505 of the Clean Water Act, 33 U.S.C. § 1365(d), the Court, in issuing any final order in this case, may award costs of litigation (including reasonable attorney and expert witness fees) to the prevailing or substantially prevailing plaintiffs.

If you believe any of the above information is in error, if you believe you are currently in compliance with the Clean Water Act, or if you have any questions concerning this letter or the described violations, please contact me immediately. We would welcome the opportunity to work with you to develop an enforceable schedule focused on attainment of short-term improvements and long term-compliance with the Clean Water Act.

Sincerely,

Theresa Labriola
National Environmental Law Center

Additional Legal Counsel

Kevin McAllister
Brennan, Recupero, Cascione, Scungio & McAllister, LLP
362 Broadway
Providence, Rhode Island 02909
(401) 453-2300

David A. Nicholas
20 Whitney Road
Newton, Massachusetts 02460
(617) 964-1548

Attorneys for:

Environment Rhode Island
9 South Angell Street
2nd Floor
Providence, Rhode Island 02906
(401) 421-6535

Burton Hoffman
54 Ayrault Street
Newport, Rhode Island 02840
(401) 846-3407

Henry Rosemont, Jr.
26 Thomas Street
Newport, Rhode Island 02840
(401) 619-0340

David Wixted
42 Division Street
Newport, Rhode Island 02840
(401) 846-2246

Henry T. Wrobel
45 William Street
Newport, RI 02840
(401) 849-6984

cc (by certified mail/return receipt requested):

Kathleen Silvia
Newport City Clerk
City of Newport
43 Broadway
Newport, Rhode Island 02840

CT Corporation System
10 Weybossett Street
Providence, Rhode Island 02903
(registered agent for Earth Tech, Inc.)

CT Corporation System
10 Weybossett Street
Providence, Rhode Island 02903
(registered agent for Tyco International Ltd.)

Stephen L. Johnson
Administrator
U.S. Environmental Protection Agency
Ariel Rios Building
1200 Pennsylvania Avenue, N.W.
Washington, D.C. 20460

Robert Varney
Regional Administrator
U.S. Environmental Protection Agency
1 Congress Street, Suite 1100 – RAA
Boston, Massachusetts 02114-2023

Hon. Donald L. Carcieri
Governor of the State of Rhode Island
State House, Room 115
Providence, Rhode Island 02903

W. Michael Sullivan
Acting Director
Rhode Island Department of Environmental Management
235 Promenade Street
Providence, Rhode Island 02908-5767

cc:

Julia Forgue
Director of Utilities
City of Newport
70 Halsey Street
Newport, Rhode Island 02840

Raymond Smedberg
Chair, Ad-Hoc Committee on Waste Water and Storm Water
City of Newport
43 Broadway
Newport, Rhode Island 02840

**TABLE 1**

**Newport, RI WPCP Effluent Violations[1]**
**March 2003 - December 2007**

| Date | Outfall | Parameter | Type of Limit | Units | Limit | Reported |
|---|---|---|---|---|---|---|
| April 2007 | 001A | Flow | Avg Monthly | million gallons | 10.70 | 15.30 |
| April 2007 | 001A | Flow | Max Daily | million gallons | 19.70 | 23.80 |
| April 2007 | 001A | Flow | Max Daily | million gallons | 19.70 | Not Specified |
| April 2007 | 001A | Flow | Max Daily | million gallons | 19.70 | Not Specified |
| April 2007 | 001A | Flow | Max Daily | million gallons | 19.70 | Not Specified |
| April 2007 | 001A | Flow | Max Daily | million gallons | 19.70 | Not Specified |
| March 2007 | 001A | Flow | Avg Monthly | million gallons | 10.70 | 12.20 |
| March 2007 | 001A | Flow | Max Daily | million gallons | 19.70 | 23.50 |
| January 2007 | 001A | Flow | Avg Monthly | million gallons | 10.70 | 11.50 |
| November 2006 | 001A | Flow | Avg Monthly | million gallons | 10.70 | 12.40 |
| November 2006 | 001A | Flow | Max Daily | million gallons | 19.70 | 24.70 |
| November 2006 | 001A | Flow | Max Daily | million gallons | 19.70 | Not Specified |
| October 2006 | 001A | Flow | Max Daily | million gallons | 19.70 | 20.20 |
| June 2006 | 001A | Flow | Avg Monthly | million gallons | 10.70 | 13.10 |
| June 7, 2006 | 001A | Flow | Max Daily | million gallons | 19.70 | 20.00 |
| May 2006 | 001A | Flow | Avg Monthly | million gallons | 10.70 | 12.1 |
| May 2006 | 001A | Flow | Max Daily | million gallons | 19.70 | 21.60 |
| February 2006 | 001A | Flow | Avg Monthly | million gallons | 10.70 | 11.40 |
| January 2006 | 001A | Flow | Avg Monthly | million gallons | 10.70 | 13.40 |
| December 2005 | 001A | Flow | Avg Monthly | million gallons | 10.70 | 13.40 |
| November 2005 | 001A | Flow | Avg Monthly | million gallons | 10.70 | 12.60 |
| November 22, 2005 | 001A | Flow | Max Daily | million gallons | 19.70 | 20.30 |
| October 31, 2005 | 001A | Flow | Avg Monthly | million gallons | 10.70 | 12.30 |
| October 25, 2005 | 001A | Flow | Max Daily | million gallons | 19.70 | 20.86 |
| October 16, 2005 | 001A | Flow | Max Daily | million gallons | 19.70 | 20.77 |
| October 15, 2005 | 001A | Flow | Max Daily | million gallons | 19.70 | 24.44 |
| October 14, 2005 | 001A | Flow | Max Daily | million gallons | 19.70 | 23.37 |
| April 2005 | 001A | Flow | Avg Monthly | million gallons | 10.70 | 14.10 |
| April 2005 | 001A | Flow | Max Daily | million gallons | 19.70 | 20.30 |
| April 2005 | 001A | Flow | Max Daily | million gallons | 19.70 | Not Specified |
| April 2005 | 001A | Flow | Max Daily | million gallons | 19.70 | Not Specified |
| March 2005 | 001A | Flow | Avg Monthly | million gallons | 10.70 | 13.70 |

[1] If a violation was reported on the discharge monitoring report ("DMR"), but the date was not specified, then the month and year of the violation were entered. If other information, such as the volume of flow, was not reported on the DMR, then the word "Not Specified" was entered.

**TABLE 1**

**Newport, RI WPCP Effluent Violations[1]**
**March 2003 - December 2007**

| Date | Outfall | Parameter | Type of Limit | Units | Limit | Reported |
|---|---|---|---|---|---|---|
| March 2005 | 001A | Flow | Max Daily | million gallons | 19.70 | 19.80 |
| February 2005 | 001A | Flow | Avg Monthly | million gallons | 10.70 | 13.00 |
| February 2005 | 001A | Flow | Max Daily | million gallons | 19.70 | 20.10 |
| January 2005 | 001A | Flow | Avg Monthly | million gallons | 10.70 | 13.30 |
| December 2004 | 001A | Flow | Avg Monthly | million gallons | 10.70 | 13.30 |
| December 2004 | 001A | Flow | Max Daily | million gallons | 19.70 | 21.80 |
| December 2004 | 001A | Flow | Max Daily | million gallons | 19.70 | Not Specified |
| September 29, 2004 | 001A | Flow | Max Daily | million gallons | 19.70 | 21.20 |
| April 2004 | 001A | Flow | Avg Monthly | million gallons | 10.70 | 15.70 |
| April 2004 | 001A | Flow | Max Daily | million gallons | 19.70 | 24.50 |
| April 2004 | 001A | Flow | Max Daily | million gallons | 19.70 | Not Specified |
| April 2004 | 001A | Flow | Max Daily | million gallons | 19.70 | Not Specified |
| April 2004 | 001A | Flow | Max Daily | million gallons | 19.70 | Not Specified |
| April 2004 | 001A | Flow | Max Daily | million gallons | 19.70 | Not Specified |
| April 2004 | 001A | Flow | Max Daily | million gallons | 19.70 | Not Specified |
| December 2003 | 001A | Flow | Avg Monthly | million gallons | 10.70 | 11.80 |
| December 2003 | 001A | Flow | Max Daily | million gallons | 19.70 | 20.00 |
| December 2003 | 001A | Flow | Max Daily | million gallons | 19.70 | Not Specified |
| June 2003 | 001A | Flow | Avg Monthly | million gallons | 10.70 | 13.10 |
| April 2003 | 001A | Flow | Avg Monthly | million gallons | 10.70 | 14..8 |
| April 2003 | 001A | Flow | Max Daily | million gallons | 19.70 | 22.10 |
| April 2003 | 001A | Flow | Max Daily | million gallons | 19.70 | Not Specified |
| April 2003 | 001A | Flow | Max Daily | million gallons | 19.70 | Not Specified |
| April 2003 | 001A | Flow | Max Daily | million gallons | 19.70 | Not Specified |
| March 2003 | 001A | Flow | Max Daily | million gallons | 19.70 | 23.00 |
| March 2003 | 001A | Flow | Max Daily | million gallons | 19.70 | Not Specified |
| March 2003 | 001A | Flow | Max Daily | million gallons | 19.70 | Not Specified |
| July 10, 2007 | 001A | Fecal Coliform | Avg Weekly | mpn/100mls | 400 | 1,687 |
| July 10, 2007 | 001A | Fecal Coliform | Max Daily | mpn/100mls | 400 | 24,000,000 |
| October 2006 | 001A | Fecal Coliform | Max Daily | mpn/100mls | 400 | 900 |
| September 26, 2006 | 001A | Fecal Coliform | Max Daily | mpn/100mls | 400 | 2,200 |
| September 7, 2006 | 001A | Fecal Coliform | Max Daily | mpn/100mls | 400 | 2,200 |
| August 31, 2006 | 001A | Fecal Coliform | Max Daily | mpn/100mls | 400 | 24,000,000 |
| July 20, 2006 | 001A | Fecal Coliform | Max Daily | mpn/100mls | 400 | 2,400 |
| June 29, 2006 | 001A | Fecal Coliform | Max Daily | mpn/100mls | 400 | 900 |
| June 9, 2006 | 001A | Fecal Coliform | Max Daily | mpn/100mls | 400 | 9,000 |

**TABLE 1**

**Newport, RI WPCP Effluent Violations[1]**
**March 2003 - December 2007**

| Date | Outfall | Parameter | Type of Limit | Units | Limit | Reported |
|---|---|---|---|---|---|---|
| March 8, 2006 | 001A | Fecal Coliform | Max Daily | mpn/100mls | 400 | 24,000,000 |
| February 14, 2006 | 001A | Fecal Coliform | Max Daily | mpn/100mls | 400 | 500 |
| December 31, 2005 | 001A | Fecal Coliform | Avg Weekly | mpn/100mls | 400 | 612 |
| December 29, 2005 | 001A | Fecal Coliform | Max Daily | mpn/100mls | 400 | 1,300 |
| December 28, 2005 | 001A | Fecal Coliform | Max Daily | mpn/100mls | 400 | >16,000 |
| October 18, 2005 | 001A | Fecal Coliform | Max Daily | mpn/100mls | 400 | 500 |
| August 20, 2005 | 001A | Fecal Coliform | Avg Weekly | mpn/100mls | 400 | 407 |
| August 17, 2005 | 001A | Fecal Coliform | Max Daily | mpn/100mls | 400 | 2,200 |
| August 16, 2005 | 001A | Fecal Coliform | Max Daily | mpn/100mls | 400 | 900 |
| August 13, 2005 | 001A | Fecal Coliform | Avg Weekly | mpn/100mls | 400 | 586 |
| August 10, 2005 | 001A | Fecal Coliform | Max Daily | mpn/100mls | 400 | 900 |
| August 9, 2005 | 001A | Fecal Coliform | Max Daily | mpn/100mls | 400 | >16,000 |
| July 31, 2005 | 001A | Fecal Coliform | Monthly Avg | mpn/100mls | 200 | 358 |
| July 30, 2005 | 001A | Fecal Coliform | Avg Weekly | mpn/100mls | 400 | 2,617 |
| July 28, 2005 | 001A | Fecal Coliform | Max Daily | mpn/100mls | 400 | >16,000 |
| July 26, 2005 | 001A | Fecal Coliform | Max Daily | mpn/100mls | 400 | >16,000 |
| July 20, 2005 | 001A | Fecal Coliform | Max Daily | mpn/100mls | 400 | 700 |
| July 9, 2005 | 001A | Fecal Coliform | Avg Weekly | mpn/100mls | 400 | 1,129 |
| July 7, 2005 | 001A | Fecal Coliform | Max Daily | mpn/100mls | 400 | 3,000 |
| July 6, 2005 | 001A | Fecal Coliform | Max Daily | mpn/100mls | 400 | 1,600 |
| June 20, 2005 | 001A | Fecal Coliform | Max Daily | mpn/100mls | 400 | 9,000 |
| June 22, 2005 | 001A | Fecal Coliform | Max Daily | mpn/100mls | 400 | 500 |
| June 6, 2005 | 001A | Fecal Coliform | Max Daily | mpn/100mls | 400 | 500 |
| February 10, 2005 | 001A | Fecal Coliform | Max Daily | mpn/100mls | 400 | 1,600 |
| January 22, 2005 | 001A | Fecal Coliform | Avg Weekly | mpn/100mls | 400 | 433 |
| January 19, 2005 | 001A | Fecal Coliform | Max Daily | mpn/100mls | 400 | 900 |
| December 27, 2004 | 001A | Fecal Coliform | Max Daily | mpn/100mls | 400 | 500 |
| November 15, 2004 | 001A | Fecal Coliform | Max Daily | mpn/100mls | 400 | 700 |
| November 6, 2004 | 001A | Fecal Coliform | Avg Weekly | mpn/100mls | 400 | 2,846 |
| November 5, 2004 | 001A | Fecal Coliform | Max Daily | mpn/100mls | 400 | >1,600 |
| November 4, 2004 | 001A | Fecal Coliform | Max Daily | mpn/100mls | 400 | 900 |
| November 2, 2004 | 001A | Fecal Coliform | Max Daily | mpn/100mls | 400 | 1,600 |
| August 5, 2004 | 001A | Fecal Coliform | Max Daily | mpn/100mls | 400 | 9,000 |
| July 6, 2004 | 001A | Fecal Coliform | Max Daily | mpn/100mls | 400 | 2,400 |
| July 1, 2004 | 001A | Fecal Coliform | Max Daily | mpn/100mls | 400 | 9,000 |
| June 26, 2004 | 001A | Fecal Coliform | Avg Weekly | mpn/100mls | 400 | 529 |

**TABLE 1**

**Newport, RI WPCP Effluent Violations[1]**
**March 2003 - December 2007**

| Date | Outfall | Parameter | Type of Limit | Units | Limit | Reported |
|---|---|---|---|---|---|---|
| June 23, 2004 | 001A | Fecal Coliform | Max Daily | mpn/100mls | 400 | 2,400 |
| June 8, 2004 | 001A | Fecal Coliform | Max Daily | mpn/100mls | 400 | 1,600 |
| May 27, 2004 | 001A | Fecal Coliform | Max Daily | mpn/100mls | 400 | 5,000 |
| May 5, 2004 | 001A | Fecal Coliform | Max Daily | mpn/100mls | 400 | 1,700 |
| April 28, 2004 | 001A | Fecal Coliform | Max Daily | mpn/100mls | 400 | 800 |
| April 27, 2004 | 001A | Fecal Coliform | Max Daily | mpn/100mls | 400 | 2,800 |
| April 13, 2004 | 001A | Fecal Coliform | Max Daily | mpn/100mls | 400 | 1,600 |
| April 1, 2004 | 001A | Fecal Coliform | Max Daily | mpn/100mls | 400 | 3,000 |
| March 13, 2004 | 001A | Fecal Coliform | Avg Weekly | mpn/100mls | 400 | 425 |
| March 11, 2004 | 001A | Fecal Coliform | Max Daily | mpn/100mls | 400 | >1,600 |
| March 10, 2004 | 001A | Fecal Coliform | Max Daily | mpn/100mls | 400 | >1,600 |
| October 28, 2003 | 001A | Fecal Coliform | Max Daily | mpn/100mls | 400 | 500 |
| September 29, 2003 | 001A | Fecal Coliform | Max Daily | mpn/100mls | 400 | 500 |
| August 12, 2003 | 001A | Fecal Coliform | Max Daily | mpn/100mls | 400 | 500 |
| July 9, 2003 | 001A | Fecal Coliform | Max Daily | mpn/100mls | 400 | 16,000 |
| March 2003 | 001A | Fecal Coliform | Max Daily | mpn/100mls | 400 | 300 |
| March 2003 | 001A | Fecal Coliform | Max Daily | mpn/100mls | 400 | Not Specified |
| March 2003 | 001A | Fecal Coliform | Max Daily | mpn/100mls | 400 | Not Specified |
| July 21, 2007 | 001A | BOD | Avg Weekly Concentration | mg/l | 45 | 59 |
| July 17, 2007 | 001A | BOD | Max Daily Concentration | mg/l | 50 | 58 |
| July 15, 2007 | 001A | BOD | Max Daily Concentration | mg/l | 50 | 76 |
| April 2007 | 001A | BOD | Max Daily | lbs/day | 4,462 | 8,102 |
| April 2007 | 001A | BOD | Max Daily | lbs/day | 4,462 | Not Specified |
| December 31, 2006 | 001A | BOD | Max Daily | lbs/day | 4,462 | 4,659 |
| December 31, 2006 | 001A | BOD | Max Daily Concentration | mg/L | 50 | 60 |
| October 2006 | 001A | BOD | Avg Weekly Concentration | mg/L | 45 | 57 |
| October 2006 | 001A | BOD | Max Daily Concentration | mg/L | 50 | 65 |
| October 2006 | 001A | BOD | Not Specified | mg/L | Not Specified | Not Specified |
| September 29, 2004 | 001A | BOD | Max Daily | lbs/day | 4,462 | 4,595 |

**TABLE 1**

**Newport, RI WPCP Effluent Violations[1]**
**March 2003 - December 2007**

| Date | Outfall | Parameter | Type of Limit | Units | Limit | Reported |
|---|---|---|---|---|---|---|
| December 11, 2003 | 001A | BOD | Max Daily | lbs/day | 4,462 | 4,677 |
| March 2007 | 001A | BOD | Minimum Average | % Removal | 85 | 84 |
| April 2004 | 001A | BOD | Minimum Average | % Removal | 85 | 83 |
| July 21, 2004 | 001A | TSS | Avg Weekly Concentration | mg/l | 45 | 72 |
| July 17, 2007 | 001A | TSS | Max Daily Concentration | mg/l | 50 | 99 |
| July 17, 2007 | 001A | TSS | Max Daily | lbs/day | 4,462 | 4,632 |
| July 15, 2007 | 001A | TSS | Max Daily Concentration | mg/l | 50 | 111 |
| July 15, 2007 | 001A | TSS | Max Daily | lbs/day | 4,462 | 5,878 |
| November 2006 | 001A | TSS | Max Daily | lbs/day | 4,462 | 4,940 |
| October 2006 | 001A | TSS | Max Daily | lbs/day | 4,462 | 6,517 |
| October 2006 | 001A | TSS | Avg Weekly Concentration | mg/L | 45 | 77 |
| October 2006 | 001A | TSS | Max Daily Concentration | mg/L | 50 | 111 |
| October 2006 | 001A | TSS | Not Specified | Not Specified | Not Specified | Not Specified |
| October 2006 | 001A | TSS | Not Specified | Not Specified | Not Specified | Not Specified |
| May 14, 2006 | 001A | TSS | Max Daily | lbs/day | 4,462 | 5,046 |
| November 2005 | 001A | TSS | Max Daily | lbs/day | 4,462 | 6,437 |
| February 2005 | 001A | TSS | Max Daily | lbs/day | 4,462 | 7,041 |
| June 2004 | 001A | TSS | Avg Weekly Concentration | mg/L | 45 | 52 |
| May 3, 2004 | 001A | TSS | Max Daily | lbs/day | 4,462 | 9,458 |
| May 31, 2004 | 001A | TSS | Max Daily Concentration | mg/L | 50 | 110 |
| April 2004 | 001A | TSS | Max Daily | lbs/day | 4,462 | 5,558 |
| December 15, 2003 | 001A | TSS | Max Daily | lbs/day | 4,462 | 4,790 |
| March 2003 | 001A | TSS | Max Daily | lbs/day | 4,462 | 27,622 |
| March 2003 | 001A | TSS | Avg Weekly Concentration | mg/L | 45 | 53 |

**TABLE 1**

**Newport, RI WPCP Effluent Violations[1]**
**March 2003 - December 2007**

| Date | Outfall | Parameter | Type of Limit | Units | Limit | Reported |
|---|---|---|---|---|---|---|
| March 2003 | 001A | TSS | Max Daily Concentration | mg/L | 50 | 114 |
| April 2007 | 001A | TSS | Minimum Average | % Removal | 85 | 83 |
| January 2004 | 001A | TSS | Minimum Average | % Removal | 85 | 84 |
| March 2003 | 001A | TSS | Minimum Average | % Removal | 85 | 75 |
| March 14, 2006 | 001A | Chlorine | Max Daily Concentration | ug/L | 860 | 875 |
| October 25, 2006 | 001A | Chlorine | Max Daily Concentration | ug/L | 860 | 1,013 |
| October 19, 2005 | 001A | Chlorine | Max Daily Concentration | ug/L | 860 | Not Specified |
| March 2005 | 001A | Chlorine | Max Daily Concentration | ug/L | 860 | 983 |
| June 2004 | 001A | Chlorine | Max Daily Concentration | ug/L | 860 | 1,213 |
| April 2003 | 001A | Chlorine | Max Daily Concentration | ug/L | 860 | 925 |
| April 2003 | 001A | Chlorine | Max Daily Concentration | ug/L | 860 | Not Specified |

**TABLE 2**

| Newport, RI Wellington CSO Effluent Violations<br>March 2003 - December 2007 | | | | | | |
|---|---|---|---|---|---|---|
| **Date** | **Outfall** | **Parameter** | **Type of Limit** | **Units** | **Minimum % Removal** | **Reported Removal** |
| December 24, 2007 | 007A | BOD | Minimum Average | % Removal | 35 | not reported |
| December 19, 2007 | 007A | BOD | Minimum Average | % Removal | 35 | not reported |
| June 4, 2007 | 007A | BOD | Minimum Average | % Removal | 35 | not reported |
| April 28, 2007 | 007A | BOD | Minimum Average | % Removal | 35 | not reported |
| April 16, 2007 | 007A | BOD | Minimum Average | % Removal | 35 | not reported |
| April 13, 2007 | 007A | BOD | Minimum Average | % Removal | 35 | not reported |
| April 5, 2007 | 007A | BOD | Minimum Average | % Removal | 35 | not reported |
| March 18, 2007 | 007A | BOD | Minimum Average | % Removal | 35 | not reported |
| March 3, 2007 | 007A | BOD | Minimum Average | % Removal | 35 | not reported |
| February 14, 2007 | 007A | BOD | Minimum Average | % Removal | 35 | not reported |
| January 8, 2007 | 007A | BOD | Minimum Average | % Removal | 35 | not reported |
| January 1, 2007 | 007A | BOD | Minimum Average | % Removal | 35 | not reported |
| December 23, 2006 | 007A | BOD | Minimum Average | % Removal | 35 | not reported |
| November 23, 2006 | 007A | BOD | Minimum Average | % Removal | 35 | not reported |
| October 28, 2006 | 007A | BOD | Minimum Average | % Removal | 35 | not reported |
| October 1, 2006 | 007A | BOD | Minimum Average | % Removal | 35 | not reported |
| September 20, 2006 | 007A | BOD | Minimum Average | % Removal | 35 | not reported |
| August 28, 2006 | 007A | BOD | Minimum Average | % Removal | 35 | not reported |
| July 13, 2006 | 007A | BOD | Minimum Average | % Removal | 35 | not reported |
| July 6, 2006 | 007A | BOD | Minimum Average | % Removal | 35 | not reported |

**TABLE 2**

| Newport, RI Wellington CSO Effluent Violations<br>March 2003 - December 2007 | | | | | | |
|---|---|---|---|---|---|---|
| **Date** | **Outfall** | **Parameter** | **Type of Limit** | **Units** | **Minimum % Removal** | **Reported Removal** |
| June 26, 2006 | 007A | BOD | Minimum Average | % Removal | 35 | not reported |
| June 24, 2006 | 007A | BOD | Minimum Average | % Removal | 35 | not reported |
| June 7, 2006 | 007A | BOD | Minimum Average | % Removal | 35 | not reported |
| May 13, 2006 | 007A | BOD | Minimum Average | % Removal | 35 | not reported |
| February 3, 2006 | 007A | BOD | Minimum Average | % Removal | 35 | not reported |
| January 18, 2006 | 007A | BOD | Minimum Average | % Removal | 35 | not reported |
| January 14, 2006 | 007A | BOD | Minimum Average | % Removal | 35 | not reported |
| January 3, 2006 | 007A | BOD | Minimum Average | % Removal | 35 | not reported |
| December 16, 2005 | 007A | BOD | Minimum Average | % Removal | 35 | not reported |
| December 9, 2005 | 007A | BOD | Minimum Average | % Removal | 35 | not reported |
| November 30, 2005 | 007A | BOD | Minimum Average | % Removal | 35 | not reported |
| November 22, 2005 | 007A | BOD | Minimum Average | % Removal | 35 | not reported |
| October 25, 2005 | 007A | BOD | Minimum Average | % Removal | 35 | not reported |
| October 14, 2005 | 007A | BOD | Minimum Average | % Removal | 35 | not reported |
| September 15, 2005 | 007A | BOD | Minimum Average | % Removal | 35 | not reported |
| August 30, 2005 | 007A | BOD | Minimum Average | % Removal | 35 | not reported |
| April 30, 2005 | 007A | BOD | Minimum Average | % Removal | 35 | not reported |
| April 2, 2005 | 007A | BOD | Minimum Average | % Removal | 35 | not reported |
| March 28, 2005 | 007A | BOD | Minimum Average | % Removal | 35 | not reported |
| March 8, 2005 | 007A | BOD | Minimum Average | % Removal | 35 | not reported |

**TABLE 2**

| Newport, RI Wellington CSO Effluent Violations<br>March 2003 - December 2007 | | | | | | |
|---|---|---|---|---|---|---|
| **Date** | **Outfall** | **Parameter** | **Type of Limit** | **Units** | **Minimum % Removal** | **Reported Removal** |
| February 10, 2005 | 007A | BOD | Minimum Average | % Removal | 35 | not reported |
| January 16, 2005 | 007A | BOD | Minimum Average | % Removal | 35 | not reported |
| January 14, 2005 | 007A | BOD | Minimum Average | % Removal | 35 | not reported |
| January 12, 2005 | 007A | BOD | Minimum Average | % Removal | 35 | not reported |
| December 7, 2004 | 007A | BOD | Minimum Average | % Removal | 35 | not reported |
| November 28, 2004 | 007A | BOD | Minimum Average | % Removal | 35 | not reported |
| October 19, 2004 | 007A | BOD | Minimum Average | % Removal | 35 | not reported |
| September 29, 2004 | 007A | BOD | Minimum Average | % Removal | 35 | not reported |
| September 18, 2004 | 007A | BOD | Minimum Average | % Removal | 35 | not reported |
| August 31, 2004 | 007A | BOD | Minimum Average | % Removal | 35 | not reported |
| August 15, 2004 | 007A | BOD | Minimum Average | % Removal | 35 | not reported |
| April 13, 2004 | 007A | BOD | Minimum Average | % Removal | 35 | not reported |
| April 4, 2004 | 007A | BOD | Minimum Average | % Removal | 35 | not reported |
| March 31, 2004 | 007A | BOD | Minimum Average | % Removal | 35 | not reported |
| March 21, 2004 | 007A | BOD | Minimum Average | % Removal | 35 | not reported |
| February 6, 2004 | 007A | BOD | Minimum Average | % Removal | 35 | not reported |
| December 14, 2003 | 007A | BOD | Minimum Average | % Removal | 35 | not reported |
| December 11, 2003 | 007A | BOD | Minimum Average | % Removal | 35 | not reported |
| October 29, 2003 | 007A | BOD | Minimum Average | % Removal | 35 | not reported |
| October 15, 2003 | 007A | BOD | Minimum Average | % Removal | 35 | not reported |

**TABLE 2**

**Newport, RI Wellington CSO Effluent Violations**
**March 2003 - December 2007**

| Date | Outfall | Parameter | Type of Limit | Units | Minimum % Removal | Reported Removal |
|---|---|---|---|---|---|---|
| August 17, 2003 | 007A | BOD | Minimum Average | % Removal | 35 | not reported |
| August 8, 2003 | 007A | BOD | Minimum Average | % Removal | 35 | not reported |
| July 24, 2003 | 007A | BOD | Minimum Average | % Removal | 35 | not reported |
| July 3, 2003 | 007A | BOD | Minimum Average | % Removal | 35 | not reported |
| June 22, 2003 | 007A | BOD | Minimum Average | % Removal | 35 | not reported |
| June 18, 2003 | 007A | BOD | Minimum Average | % Removal | 35 | not reported |
| June 7, 2003 | 007A | BOD | Minimum Average | % Removal | 35 | not reported |
| June 5, 2003 | 007A | BOD | Minimum Average | % Removal | 35 | not reported |
| May 26, 2003 | 007A | BOD | Minimum Average | % Removal | 35 | not reported |
| May 1, 2003 | 007A | BOD | Minimum Average | % Removal | 35 | not reported |
| April 26, 2003 | 007A | BOD | Minimum Average | % Removal | 35 | not reported |
| April 22, 2003 | 007A | BOD | Minimum Average | % Removal | 35 | not reported |
| April 11, 2003 | 007A | BOD | Minimum Average | % Removal | 35 | not reported |
| April 9, 2003 | 007A | BOD | Minimum Average | % Removal | 35 | not reported |
| March 30, 2003 | 007A | BOD | Minimum Average | % Removal | 35 | not reported |
| March 21, 2003 | 007A | BOD | Minimum Average | % Removal | 35 | not reported |
| March 9, 2003 | 007A | BOD | Minimum Average | % Removal | 35 | not reported |
| March 2, 2003 | 007A | BOD | Minimum Average | % Removal | 35 | not reported |
| December 24, 2007 | 007A | TSS | Minimum Average | % Removal | 50 | not reported |
| December 19, 2007 | 007A | TSS | Minimum Average | % Removal | 50 | not reported |

**TABLE 2**

**Newport, RI Wellington CSO Effluent Violations**
**March 2003 - December 2007**

| Date | Outfall | Parameter | Type of Limit | Units | Minimum % Removal | Reported Removal |
|---|---|---|---|---|---|---|
| June 4, 2007 | 007A | TSS | Minimum Average | % Removal | 50 | not reported |
| April 28, 2007 | 007A | TSS | Minimum Average | % Removal | 50 | not reported |
| April 16, 2007 | 007A | TSS | Minimum Average | % Removal | 50 | not reported |
| April 13, 2007 | 007A | TSS | Minimum Average | % Removal | 50 | not reported |
| April 5, 2007 | 007A | TSS | Minimum Average | % Removal | 50 | not reported |
| March 18, 2007 | 007A | TSS | Minimum Average | % Removal | 50 | not reported |
| March 3, 2007 | 007A | TSS | Minimum Average | % Removal | 50 | not reported |
| February 14, 2007 | 007A | TSS | Minimum Average | % Removal | 50 | not reported |
| January 8, 2007 | 007A | TSS | Minimum Average | % Removal | 50 | not reported |
| January 1, 2007 | 007A | TSS | Minimum Average | % Removal | 50 | not reported |
| December 23, 2006 | 007A | TSS | Minimum Average | % Removal | 50 | not reported |
| November 23, 2006 | 007A | TSS | Minimum Average | % Removal | 50 | not reported |
| October 28, 2006 | 007A | TSS | Minimum Average | % Removal | 50 | not reported |
| October 1, 2006 | 007A | TSS | Minimum Average | % Removal | 50 | not reported |
| September 20, 2006 | 007A | TSS | Minimum Average | % Removal | 50 | not reported |
| August 28, 2006 | 007A | TSS | Minimum Average | % Removal | 50 | not reported |
| July 13, 2006 | 007A | TSS | Minimum Average | % Removal | 50 | not reported |
| July 6, 2006 | 007A | TSS | Minimum Average | % Removal | 50 | not reported |
| June 26, 2006 | 007A | TSS | Minimum Average | % Removal | 50 | not reported |
| June 24, 2006 | 007A | TSS | Minimum Average | % Removal | 50 | not reported |

TABLE 2

| Newport, RI Wellington CSO Effluent Violations<br>March 2003 - December 2007 | | | | | | |
|---|---|---|---|---|---|---|
| Date | Outfall | Parameter | Type of Limit | Units | Minimum % Removal | Reported Removal |
| June 7, 2006 | 007A | TSS | Minimum Average | % Removal | 50 | not reported |
| May 13, 2006 | 007A | TSS | Minimum Average | % Removal | 50 | not reported |
| February 3, 2006 | 007A | TSS | Minimum Average | % Removal | 50 | not reported |
| January 18, 2006 | 007A | TSS | Minimum Average | % Removal | 50 | not reported |
| January 14, 2006 | 007A | TSS | Minimum Average | % Removal | 50 | not reported |
| January 3, 2006 | 007A | TSS | Minimum Average | % Removal | 50 | not reported |
| December 16, 2005 | 007A | TSS | Minimum Average | % Removal | 50 | not reported |
| December 9, 2005 | 007A | TSS | Minimum Average | % Removal | 50 | not reported |
| November 30, 2005 | 007A | TSS | Minimum Average | % Removal | 50 | not reported |
| November 22, 2005 | 007A | TSS | Minimum Average | % Removal | 50 | not reported |
| October 25, 2005 | 007A | TSS | Minimum Average | % Removal | 50 | not reported |
| October 14, 2005 | 007A | TSS | Minimum Average | % Removal | 50 | not reported |
| September 15, 2005 | 007A | TSS | Minimum Average | % Removal | 50 | not reported |
| August 30, 2005 | 007A | TSS | Minimum Average | % Removal | 50 | not reported |
| April 30, 2005 | 007A | TSS | Minimum Average | % Removal | 50 | not reported |
| April 2, 2005 | 007A | TSS | Minimum Average | % Removal | 50 | not reported |
| March 28, 2005 | 007A | TSS | Minimum Average | % Removal | 50 | not reported |
| March 8, 2005 | 007A | TSS | Minimum Average | % Removal | 50 | not reported |
| February 10, 2005 | 007A | TSS | Minimum Average | % Removal | 50 | not reported |
| January 16, 2005 | 007A | TSS | Minimum Average | % Removal | 50 | not reported |

**TABLE 2**

**Newport, RI Wellington CSO Effluent Violations**
**March 2003 - December 2007**

| Date | Outfall | Parameter | Type of Limit | Units | Minimum % Removal | Reported Removal |
|---|---|---|---|---|---|---|
| January 14, 2005 | 007A | TSS | Minimum Average | % Removal | 50 | not reported |
| January 12, 2005 | 007A | TSS | Minimum Average | % Removal | 50 | not reported |
| December 7, 2004 | 007A | TSS | Minimum Average | % Removal | 50 | not reported |
| November 28, 2004 | 007A | TSS | Minimum Average | % Removal | 50 | not reported |
| October 19, 2004 | 007A | TSS | Minimum Average | % Removal | 50 | not reported |
| September 29, 2004 | 007A | TSS | Minimum Average | % Removal | 50 | not reported |
| September 18, 2004 | 007A | TSS | Minimum Average | % Removal | 50 | not reported |
| August 31, 2004 | 007A | TSS | Minimum Average | % Removal | 50 | not reported |
| August 15, 2004 | 007A | TSS | Minimum Average | % Removal | 50 | not reported |
| April 13, 2004 | 007A | TSS | Minimum Average | % Removal | 50 | not reported |
| April 4, 2004 | 007A | TSS | Minimum Average | % Removal | 50 | not reported |
| March 31, 2004 | 007A | TSS | Minimum Average | % Removal | 50 | not reported |
| March 21, 2004 | 007A | TSS | Minimum Average | % Removal | 50 | not reported |
| February 6, 2004 | 007A | TSS | Minimum Average | % Removal | 50 | not reported |
| December 14, 2003 | 007A | TSS | Minimum Average | % Removal | 50 | not reported |
| December 11, 2003 | 007A | TSS | Minimum Average | % Removal | 50 | not reported |
| October 29, 2003 | 007A | TSS | Minimum Average | % Removal | 50 | not reported |
| October 15, 2003 | 007A | TSS | Minimum Average | % Removal | 50 | not reported |
| August 17, 2003 | 007A | TSS | Minimum Average | % Removal | 50 | not reported |
| August 8, 2003 | 007A | TSS | Minimum Average | % Removal | 50 | not reported |

**TABLE 2**

| Newport, RI Wellington CSO Effluent Violations<br>March 2003 - December 2007 | | | | | | |
|---|---|---|---|---|---|---|
| **Date** | **Outfall** | **Parameter** | **Type of Limit** | **Units** | **Minimum % Removal** | **Reported Removal** |
| July 24, 2003 | 007A | TSS | Minimum Average | % Removal | 50 | not reported |
| July 3, 2003 | 007A | TSS | Minimum Average | % Removal | 50 | not reported |
| June 22, 2003 | 007A | TSS | Minimum Average | % Removal | 50 | not reported |
| June 18, 2003 | 007A | TSS | Minimum Average | % Removal | 50 | not reported |
| June 7, 2003 | 007A | TSS | Minimum Average | % Removal | 50 | not reported |
| June 5, 2003 | 007A | TSS | Minimum Average | % Removal | 50 | not reported |
| May 26, 2003 | 007A | TSS | Minimum Average | % Removal | 50 | not reported |
| May 1, 2003 | 007A | TSS | Minimum Average | % Removal | 50 | not reported |
| April 26, 2003 | 007A | TSS | Minimum Average | % Removal | 50 | not reported |
| April 22, 2003 | 007A | TSS | Minimum Average | % Removal | 50 | not reported |
| April 11, 2003 | 007A | TSS | Minimum Average | % Removal | 50 | not reported |
| April 9, 2003 | 007A | TSS | Minimum Average | % Removal | 50 | not reported |
| March 30, 2003 | 007A | TSS | Minimum Average | % Removal | 50 | not reported |
| March 21, 2003 | 007A | TSS | Minimum Average | % Removal | 50 | not reported |
| March 9, 2003 | 007A | TSS | Minimum Average | % Removal | 50 | not reported |
| March 2, 2003 | 007A | TSS | Minimum Average | % Removal | 50 | not reported |

**TABLE 3**

**Newport, RI Long Wharf/ Washington Street Flow Effluent Violations[1]**
**March 2003 - December 2007**

| Date | Outfall | Parameter | Type of Limit | Units | Minimum % Removal | Reported Removal |
|---|---|---|---|---|---|---|
| March 2007 | 002C | BOD | Minimum Average | % Removal | 35 | 31 |
| March 2007 | 002C | BOD | Minimum Average | % Removal | 35 | Not Specified |
| August 30, 2005 | 002C | BOD | Minimum Average | % Removal | 35 | 0 |
| April 2003 | 002C | BOD | Minimum Average | % Removal | 35 | 27 |
| March 2003 | 002C | BOD | Minimum Average | % Removal | 35 | 33 |
| June 4, 2007 | 002C | TSS | Minimum Average | % Removal | 50 | 19 |
| March 2007 | 002C | TSS | Minimum Average | % Removal | 50 | 0 |
| March 2007 | 002C | TSS | Minimum Average | % Removal | 50 | Not Specified |
| August 30, 2005 | 002C | TSS | Minimum Average | % Removal | 50 | 0 |
| April 2, 2005 | 002C | TSS | Minimum Average | % Removal | 50 | 49 |
| April 2004 | 002C | TSS | Minimum Average | % Removal | 50 | 9 |
| April 2004 | 002C | TSS | Minimum Average | % Removal | 50 | Not Specified |
| August 2003 | 002C | TSS | Minimum Average | % Removal | 50 | 47 |
| August 2003 | 002C | TSS | Minimum Average | % Removal | 50 | Not Specified |
| April 2003 | 002C | TSS | Minimum Average | % Removal | 50 | 20 |
| March 2003 | 002C | TSS | Minimum Average | % Removal | 50 | 28 |
| June 4, 2007 | 002C | settleable solids | Minimum Average | % Removal | 100 | 86 |

[1] If a violation was reported on the discharge monitoring report ("DMR)"), but the date of the violation was not specified, then the month and year were entered. If more than one violation occurred in a month, only data for one event was reported on the DMR and the word "Not Specified" was entered for the other violations.

**TABLE 3**

| Newport, RI Long Wharf/ Washington Street Flow Effluent Violations[1] March 2003 - December 2007 | | | | | | |
|---|---|---|---|---|---|---|
| **Date** | **Outfall** | **Parameter** | **Type of Limit** | **Units** | **Minimum % Removal** | **Reported Removal** |
| March 2007 | 002C | settleable solids | Minimum Average | % Removal | 100 | 88 |
| August 30, 2005 | 002C | settleable solids | Minimum Average | % Removal | 100 | 69 |
| April 2, 2005 | 002C | settleable solids | Minimum Average | % Removal | 100 | 96 |
| April 2004 | 002C | settleable solids | Minimum Average | % Removal | 100 | 81 |
| August 2003 | 002C | settleable solids | Minimum Average | % Removal | 100 | 93 |
| April 2003 | 002C | settleable solids | Minimum Average | % Removal | 100 | 0 |
| March 2003 | 002C | settleable solids | Minimum Average | % Removal | 100 | 95 |

**TABLE 4**

| **Newport, RI Wellington CSO Discharges<br>March 2003 - December 2007** |
|---|
| **Date** |
| December 24, 2007 |
| December 19, 2007 |
| June 4, 2007 |
| April 28, 2007 |
| April 16, 2007 |
| April 13, 2007 |
| April 5, 2007 |
| March 18, 2007 |
| March 3, 2007 |
| February 14, 2007 |
| January 8, 2007 |
| January 1, 2007 |
| December 23, 2006 |
| November 23, 2006 |
| October 28, 2006 |
| October 1, 2006 |
| September 20, 2006 |
| August 28, 2006 |
| July 13, 2006 |
| July 6, 2006 |
| June 26, 2006 |
| June 24, 2006 |
| June 7, 2006 |
| May 13, 2006 |
| February 3, 2006 |
| January 18, 2006 |
| January 14, 2006 |
| January 3, 2006 |
| December 16, 2005 |
| December 9, 2005 |
| November 30, 2005 |
| November 22, 2005 |
| October 25, 2005 |
| October 14, 2005 |
| September 15, 2005 |

**TABLE 4**

| **Newport, RI Wellington CSO Discharges<br>March 2003 - December 2007** |
|---|
| **Date** |
| August 30, 2005 |
| April 30, 2005 |
| April 2, 2005 |
| March 28, 2005 |
| March 8, 2005 |
| February 10, 2005 |
| January 16, 2005 |
| January 14, 2005 |
| January 12, 2005 |
| December 7, 2004 |
| November 28, 2004 |
| October 19, 2004 |
| September 29, 2004 |
| September 18, 2004 |
| August 31, 2004 |
| August 15, 2004 |
| April 13, 2004 |
| April 4, 2004 |
| March 31, 2004 |
| March 21, 2004 |
| February 6, 2004 |
| December 14, 2003 |
| December 11, 2003 |
| October 29, 2003 |
| October 15, 2003 |
| August 17, 2003 |
| August 8, 2003 |
| July 24, 2003 |
| July 3, 2003 |
| June 22, 2003 |
| June 18, 2003 |
| June 7, 2003 |
| June 5, 2003 |
| May 26, 2003 |
| May 1, 2003 |

**TABLE 4**

| Newport, RI Wellington CSO Discharges<br>March 2003 - December 2007 |
|---|
| **Date** |
| April 26, 2003 |
| April 22, 2003 |
| April 11, 2003 |
| April 9, 2003 |
| March 30, 2003 |
| March 21, 2003 |
| March 9, 2003 |
| March 2, 2003 |