EXHIBIT 2

Map of Newport WPCP and CSO Outfalls




(M:\work\Newport_RI\Maps\Presentation\CSOOutfalls.mxd)

MARCH 2008

TREATMENT FACILITY
AND OUTFALL LOCATIONS

0 2,000 4,000 Feet

NEWPORT, RHODE ISLAND

EarthTech
A tyco International Ltd. Company