# EXHIBIT 3

Newport WPCP Effluent Violations

**EXHIBIT 3**

**Newport, RI WPCP Effluent Violations**
**March 2003 – March 2008**

| Date | Outfall | Parameter | Type of Limit | Units | Limit | Reported |
|---|---|---|---|---|---|---|
| March 2008 | 001A | Flow | Avg Monthly | million gallons | 10.70 | 11.3 |
| February 2008 | 001A | Flow | Avg Monthly | million gallons | 10.70 | 11.9 |
| April 2007 | 001A | Flow | Avg Monthly | million gallons | 10.70 | 15.32 |
| April 18, 2007 | 001A | Flow | Max Daily | million gallons | 19.70 | 21.68 |
| April 17, 2007 | 001A | Flow | Max Daily | million gallons | 19.70 | 22.03 |
| April 16, 2007 | 001A | Flow | Max Daily | million gallons | 19.70 | 23.13 |
| April 15, 2007 | 001A | Flow | Max Daily | million gallons | 19.70 | 23.81 |
| April 12, 2007 | 001A | Flow | Max Daily | million gallons | 19.70 | 20.51 |
| March 2007 | 001A | Flow | Avg Monthly | million gallons | 10.70 | 12.20 |
| March 17, 2007 | 001A | Flow | Max Daily | million gallons | 19.70 | 23.50 |
| January 2007 | 001A | Flow | Avg Monthly | million gallons | 10.70 | 11.50 |
| November 2006 | 001A | Flow | Avg Monthly | million gallons | 10.70 | 12.42 |
| November 23, 2006 | 001A | Flow | Max Daily | million gallons | 19.70 | 24.68 |
| November 23, 2006 | 001A | Flow | Max Daily | million gallons | 19.70 | 20.62 |
| October 28, 2006 | 001A | Flow | Max Daily | million gallons | 19.70 | 20.20 |
| June 2006 | 001A | Flow | Avg Monthly | million gallons | 10.70 | 13.10 |
| June 7, 2006 | 001A | Flow | Max Daily | million gallons | 19.70 | 20.00 |
| May 2006 | 001A | Flow | Avg Monthly | million gallons | 10.70 | 12.1 |
| May 14, 2006 | 001A | Flow | Max Daily | million gallons | 19.70 | 21.61 |
| February 2006 | 001A | Flow | Avg Monthly | million gallons | 10.70 | 11.40 |
| January 2006 | 001A | Flow | Avg Monthly | million gallons | 10.70 | 13.40 |
| December 2005 | 001A | Flow | Avg Monthly | million gallons | 10.70 | 13.40 |
| November 2005 | 001A | Flow | Avg Monthly | million gallons | 10.70 | 12.60 |
| November 22, 2005 | 001A | Flow | Max Daily | million gallons | 19.70 | 20.30 |
| October 31, 2005 | 001A | Flow | Avg Monthly | million gallons | 10.70 | 12.30 |
| October 25, 2005 | 001A | Flow | Max Daily | million gallons | 19.70 | 20.86 |
| October 16, 2005 | 001A | Flow | Max Daily | million gallons | 19.70 | 20.77 |
| October 15, 2005 | 001A | Flow | Max Daily | million gallons | 19.70 | 24.44 |
| October 14, 2005 | 001A | Flow | Max Daily | million gallons | 19.70 | 23.37 |
| April 2005 | 001A | Flow | Avg Monthly | million gallons | 10.70 | 14.10 |
| April 6, 2005 | 001A | Flow | Max Daily | million gallons | 19.70 | 20.30 |
| April 5, 2005 | 001A | Flow | Max Daily | million gallons | 19.70 | 20.30 |
| April 1, 2005 | 001A | Flow | Max Daily | million gallons | 19.70 | 19.80 |
| March 2005 | 001A | Flow | Avg Monthly | million gallons | 10.70 | 13.70 |
| March 29, 2005 | 001A | Flow | Max Daily | million gallons | 19.70 | 19.80 |
| February 2005 | 001A | Flow | Avg Monthly | million gallons | 10.70 | 13.00 |

**EXHIBIT 3**

**Newport, RI WPCP Effluent Violations**
**March 2003 – March 2008**

| Date | Outfall | Parameter | Type of Limit | Units | Limit | Reported |
|---|---|---|---|---|---|---|
| February 10, 2005 | 001A | Flow | Max Daily | million gallons | 19.70 | 20.10 |
| January 2005 | 001A | Flow | Avg Monthly | million gallons | 10.70 | 13.30 |
| December 2004 | 001A | Flow | Avg Monthly | million gallons | 10.70 | 13.30 |
| December 11, 2004 | 001A | Flow | Max Daily | million gallons | 19.70 | 21.82 |
| December 10, 2004 | 001A | Flow | Max Daily | million gallons | 19.70 | 20.16 |
| September 29, 2004 | 001A | Flow | Max Daily | million gallons | 19.70 | 21.20 |
| April 2004 | 001A | Flow | Avg Monthly | million gallons | 10.70 | 15.70 |
| April 16, 2004 | 001A | Flow | Max Daily | million gallons | 19.70 | 20.49 |
| April 15, 2004 | 001A | Flow | Max Daily | million gallons | 19.70 | 21.89 |
| April 6, 2004 | 001A | Flow | Max Daily | million gallons | 19.70 | 20.18 |
| April 5, 2004 | 001A | Flow | Max Daily | million gallons | 19.70 | 20.74 |
| April 3, 2004 | 001A | Flow | Max Daily | million gallons | 19.70 | 24.33 |
| April 2, 2004 | 001A | Flow | Max Daily | million gallons | 19.70 | 24.54 |
| December 2003 | 001A | Flow | Avg Monthly | million gallons | 10.70 | 11.80 |
| December 16, 2003 | 001A | Flow | Max Daily | million gallons | 19.70 | 19.91 |
| December 12, 2003 | 001A | Flow | Max Daily | million gallons | 19.70 | 20.04 |
| June 2003 | 001A | Flow | Avg Monthly | million gallons | 10.70 | 13.10 |
| April 2003 | 001A | Flow | Avg Monthly | million gallons | 10.70 | 14..8 |
| April 27, 2003 | 001A | Flow | Max Daily | million gallons | 19.70 | 20.56 |
| April 14, 2003 | 001A | Flow | Max Daily | million gallons | 19.70 | 20.10 |
| April 13, 2003 | 001A | Flow | Max Daily | million gallons | 19.70 | 20.76 |
| April 12, 2003 | 001A | Flow | Max Daily | million gallons | 19.70 | 22.08 |
| March 31, 2003 | 001A | Flow | Max Daily | million gallons | 19.70 | 20.3 |
| March 30, 2003 | 001A | Flow | Max Daily | million gallons | 19.70 | 20.3 |
| March 2, 2003 | 001A | Flow | Max Daily | million gallons | 19.70 | 23.00 |
| July 10, 2007 | 001A | Fecal Coliform | Avg Weekly | mpn/100mls | 400 | 1,687 |
| July 10, 2007 | 001A | Fecal Coliform | Max Daily | mpn/100mls | 400 | 24,000,000 |
| October 10, 2006 | 001A | Fecal Coliform | Max Daily | mpn/100mls | 400 | 900 |
| September 26, 2006 | 001A | Fecal Coliform | Max Daily | mpn/100mls | 400 | 2,200 |
| September 7, 2006 | 001A | Fecal Coliform | Max Daily | mpn/100mls | 400 | 2,200 |
| August 31, 2006 | 001A | Fecal Coliform | Max Daily | mpn/100mls | 400 | 24,000,000 |
| July 20, 2006 | 001A | Fecal Coliform | Max Daily | mpn/100mls | 400 | 2,400 |
| June 29, 2006 | 001A | Fecal Coliform | Max Daily | mpn/100mls | 400 | 900 |
| June 9, 2006 | 001A | Fecal Coliform | Max Daily | mpn/100mls | 400 | 9,000 |
| March 8, 2006 | 001A | Fecal Coliform | Max Daily | mpn/100mls | 400 | 24,000,000 |
| February 14, 2006 | 001A | Fecal Coliform | Max Daily | mpn/100mls | 400 | 500 |

**EXHIBIT 3**

**Newport, RI WPCP Effluent Violations**
**March 2003 – March 2008**

| Date | Outfall | Parameter | Type of Limit | Units | Limit | Reported |
|---|---|---|---|---|---|---|
| December 31, 2005 | 001A | Fecal Coliform | Avg Weekly | mpn/100mls | 400 | 612 |
| December 29, 2005 | 001A | Fecal Coliform | Max Daily | mpn/100mls | 400 | 1,300 |
| December 28, 2005 | 001A | Fecal Coliform | Max Daily | mpn/100mls | 400 | >16,000 |
| October 18, 2005 | 001A | Fecal Coliform | Max Daily | mpn/100mls | 400 | 500 |
| August 20, 2005 | 001A | Fecal Coliform | Avg Weekly | mpn/100mls | 400 | 407 |
| August 17, 2005 | 001A | Fecal Coliform | Max Daily | mpn/100mls | 400 | 2,200 |
| August 16, 2005 | 001A | Fecal Coliform | Max Daily | mpn/100mls | 400 | 900 |
| August 13, 2005 | 001A | Fecal Coliform | Avg Weekly | mpn/100mls | 400 | 586 |
| August 10, 2005 | 001A | Fecal Coliform | Max Daily | mpn/100mls | 400 | 900 |
| August 9, 2005 | 001A | Fecal Coliform | Max Daily | mpn/100mls | 400 | >16,000 |
| July 31, 2005 | 001A | Fecal Coliform | Monthly Avg | mpn/100mls | 200 | 358 |
| July 30, 2005 | 001A | Fecal Coliform | Avg Weekly | mpn/100mls | 400 | 2,617 |
| July 28, 2005 | 001A | Fecal Coliform | Max Daily | mpn/100mls | 400 | >16,000 |
| July 26, 2005 | 001A | Fecal Coliform | Max Daily | mpn/100mls | 400 | >16,000 |
| July 20, 2005 | 001A | Fecal Coliform | Max Daily | mpn/100mls | 400 | 700 |
| July 9, 2005 | 001A | Fecal Coliform | Avg Weekly | mpn/100mls | 400 | 1,129 |
| July 7, 2005 | 001A | Fecal Coliform | Max Daily | mpn/100mls | 400 | 3,000 |
| July 6, 2005 | 001A | Fecal Coliform | Max Daily | mpn/100mls | 400 | 1,600 |
| June 20, 2005 | 001A | Fecal Coliform | Max Daily | mpn/100mls | 400 | 9,000 |
| June 22, 2005 | 001A | Fecal Coliform | Max Daily | mpn/100mls | 400 | 500 |
| June 6, 2005 | 001A | Fecal Coliform | Max Daily | mpn/100mls | 400 | 500 |
| February 10, 2005 | 001A | Fecal Coliform | Max Daily | mpn/100mls | 400 | 1,600 |
| January 22, 2005 | 001A | Fecal Coliform | Avg Weekly | mpn/100mls | 400 | 433 |
| January 19, 2005 | 001A | Fecal Coliform | Max Daily | mpn/100mls | 400 | 900 |
| December 27, 2004 | 001A | Fecal Coliform | Max Daily | mpn/100mls | 400 | 500 |
| November 15, 2004 | 001A | Fecal Coliform | Max Daily | mpn/100mls | 400 | 700 |
| November 6, 2004 | 001A | Fecal Coliform | Avg Weekly | mpn/100mls | 400 | 2,846 |
| November 5, 2004 | 001A | Fecal Coliform | Max Daily | mpn/100mls | 400 | >1,600 |
| November 4, 2004 | 001A | Fecal Coliform | Max Daily | mpn/100mls | 400 | 900 |
| November 2, 2004 | 001A | Fecal Coliform | Max Daily | mpn/100mls | 400 | 1,600 |
| August 5, 2004 | 001A | Fecal Coliform | Max Daily | mpn/100mls | 400 | 9,000 |
| July 6, 2004 | 001A | Fecal Coliform | Max Daily | mpn/100mls | 400 | 2,400 |
| July 1, 2004 | 001A | Fecal Coliform | Max Daily | mpn/100mls | 400 | 9,000 |
| June 26, 2004 | 001A | Fecal Coliform | Avg Weekly | mpn/100mls | 400 | 529 |
| June 23, 2004 | 001A | Fecal Coliform | Max Daily | mpn/100mls | 400 | 2,400 |
| June 8, 2004 | 001A | Fecal Coliform | Max Daily | mpn/100mls | 400 | 1,600 |

**EXHIBIT 3**

**Newport, RI WPCP Effluent Violations**
**March 2003 – March 2008**

| Date | Outfall | Parameter | Type of Limit | Units | Limit | Reported |
|---|---|---|---|---|---|---|
| May 27, 2004 | 001A | Fecal Coliform | Max Daily | mpn/100mls | 400 | 5,000 |
| May 5, 2004 | 001A | Fecal Coliform | Max Daily | mpn/100mls | 400 | 1,700 |
| April 28, 2004 | 001A | Fecal Coliform | Max Daily | mpn/100mls | 400 | 800 |
| April 27, 2004 | 001A | Fecal Coliform | Max Daily | mpn/100mls | 400 | 2,800 |
| April 13, 2004 | 001A | Fecal Coliform | Max Daily | mpn/100mls | 400 | 1,600 |
| April 1, 2004 | 001A | Fecal Coliform | Max Daily | mpn/100mls | 400 | 3,000 |
| March 13, 2004 | 001A | Fecal Coliform | Avg Weekly | mpn/100mls | 400 | 425 |
| March 11, 2004 | 001A | Fecal Coliform | Max Daily | mpn/100mls | 400 | >1,600 |
| March 10, 2004 | 001A | Fecal Coliform | Max Daily | mpn/100mls | 400 | >1,600 |
| October 28, 2003 | 001A | Fecal Coliform | Max Daily | mpn/100mls | 400 | 500 |
| September 29, 2003 | 001A | Fecal Coliform | Max Daily | mpn/100mls | 400 | 500 |
| August 12, 2003 | 001A | Fecal Coliform | Max Daily | mpn/100mls | 400 | 500 |
| July 9, 2003 | 001A | Fecal Coliform | Max Daily | mpn/100mls | 400 | 16,000 |
| March 13, 2003 | 001A | Fecal Coliform | Max Daily | mpn/100mls | 400 | 2,400 |
| March 12, 2003 | 001A | Fecal Coliform | Max Daily | mpn/100mls | 400 | 900 |
| March 6, 2003 | 001A | Fecal Coliform | Max Daily | mpn/100mls | 400 | 3,000 |
| July 21, 2007 | 001A | BOD | Avg Weekly Concentration | mg/l | 45 | 59 |
| July 17, 2007 | 001A | BOD | Max Daily Concentration | mg/l | 50 | 58 |
| July 15, 2007 | 001A | BOD | Max Daily Concentration | mg/l | 50 | 76 |
| April 16, 2007 | 001A | BOD | Max Daily | lbs/day | 4,462 | 8,102 |
| April 17, 2007 | 001A | BOD | Max Daily | lbs/day | 4,462 | 6,431 |
| December 31, 2006 | 001A | BOD | Max Daily | lbs/day | 4,462 | 4,659 |
| December 31, 2006 | 001A | BOD | Max Daily Concentration | mg/L | 50 | 60 |
| October 21, 2006 | 001A | BOD | Avg Weekly Concentration | mg/L | 45 | 57 |
| October 17, 2006 | 001A | BOD | Max Daily Concentration | mg/L | 50 | 65 |
| October 15, 2006 | 001A | BOD | Max Daily Concentration | mg/L | 50 | 58 |
| September 29, 2004 | 001A | BOD | Max Daily | lbs/day | 4,462 | 4,595 |
| December 11, 2003 | 001A | BOD | Max Daily | lbs/day | 4,462 | 4,677 |

**EXHIBIT 3**

**Newport, RI WPCP Effluent Violations**
**March 2003 – March 2008**

| Date | Outfall | Parameter | Type of Limit | Units | Limit | Reported |
|---|---|---|---|---|---|---|
| March 2007 | 001A | BOD | Minimum Average | % Removal | 85 | 84 |
| April 2004 | 001A | BOD | Minimum Average | % Removal | 85 | 83 |
| July 21, 2004 | 001A | TSS | Avg Weekly Concentration | mg/l | 45 | 72 |
| July 17, 2007 | 001A | TSS | Max Daily Concentration | mg/l | 50 | 99 |
| July 17, 2007 | 001A | TSS | Max Daily | lbs/day | 4,462 | 4,632 |
| July 15, 2007 | 001A | TSS | Max Daily Concentration | mg/l | 50 | 111 |
| July 15, 2007 | 001A | TSS | Max Daily | lbs/day | 4,462 | 5,878 |
| November 24, 2006 | 001A | TSS | Max Daily | lbs/day | 4,462 | 4,940 |
| October 17, 2006 | 001A | TSS | Max Daily | lbs/day | 4,462 | 6,158 |
| October 21, 2006 | 001A | TSS | Avg Weekly Concentration | mg/L | 45 | 77 |
| October 17, 2006 | 001A | TSS | Max Daily Concentration | mg/L | 50 | 101 |
| October 15, 2006 | 001A | TSS | Max Daily | lbs/day | 4,462 | 6517 |
| October 15, 2006 | 001A | TSS | Max Daily Concentration | mg/L | 50 | 111 |
| May 14, 2006 | 001A | TSS | Max Daily | lbs/day | 4,462 | 5,046 |
| November 22, 2005 | 001A | TSS | Max Daily | lbs/day | 4,462 | 6,437 |
| February 10, 2005 | 001A | TSS | Max Daily | lbs/day | 4,462 | 7,041 |
| June 5, 2004 | 001A | TSS | Avg Weekly Concentration | mg/L | 45 | 52 |
| May 3, 2004 | 001A | TSS | Max Daily | lbs/day | 4,462 | 9,458 |
| May 31, 2004 | 001A | TSS | Max Daily Concentration | mg/L | 50 | 110 |
| April 4, 2004 | 001A | TSS | Max Daily | lbs/day | 4,462 | 5,558 |
| December 15, 2003 | 001A | TSS | Max Daily | lbs/day | 4,462 | 4,790 |
| March 2, 2003 | 001A | TSS | Max Daily | lbs/day | 4,462 | 27,622 |
| March 8, 2003 | 001A | TSS | Avg Weekly Concentration | mg/L | 45 | 53 |
| March 2, 2003 | 001A | TSS | Max Daily Concentration | mg/L | 50 | 144 |

**EXHIBIT 3**

| Newport, RI WPCP Effluent Violations<br>March 2003 – March 2008 | | | | | | |
|---|---|---|---|---|---|---|
| **Date** | **Outfall** | **Parameter** | **Type of Limit** | **Units** | **Limit** | **Reported** |
| April 2007 | 001A | TSS | Minimum Average | % Removal | 85 | 83 |
| January 2004 | 001A | TSS | Minimum Average | % Removal | 85 | 84 |
| March 2003 | 001A | TSS | Minimum Average | % Removal | 85 | 75 |
| March 14, 2006 | 001A | Chlorine | Max Daily Concentration | ug/L | 860 | 875 |
| October 25, 2006 | 001A | Chlorine | Max Daily Concentration | ug/L | 860 | 1,013 |
| October 19, 2005 | 001A | Chlorine | Max Daily Concentration | ug/L | 860 | 1,005 |
| March 24, 2005 | 001A | Chlorine | Max Daily Concentration | ug/L | 860 | 983 |
| June 8, 2004 | 001A | Chlorine | Max Daily Concentration | ug/L | 860 | 1,213 |
| April 22, 2003 | 001A | Chlorine | Max Daily Concentration | ug/L | 860 | 872 |
| April 21, 2003 | 001A | Chlorine | Max Daily Concentration | ug/L | 860 | 925 |