# EXHIBIT 4

Wellington CSO Effluent Monitoring Violations

**EXHIBIT 4**

| Newport, RI Wellington CSO Effluent Monitoring Violations<br>March 2003 – March 2008 |
|---|
| **Date of CSO** |
| March 20, 2008 and/or March 21, 2008 |
| March 8, 2008 to March 10, 2008 |
| February 13, 2008 |
| February 1, 2008 |
| December 23, 2007 and/or December 24, 2007 |
| December 18, 2007 or December 19, 2007 |
| June 4, 2007 |
| April 12, 2007 and or April 13, 2007 |
| April 5, 2007 |
| March 17, 2007 and/or March 18, 2007 |
| March 2, 2007 and/or March 3, 2007 |
| February 14, 2007 and/or February 15, 2007 |
| January 8, 2007 |
| January 1, 2007 |
| December 23, 2006 |
| November 23, 2006 |
| October 28, 2006 |
| October 1, 2006 |
| September 20, 2006 |
| August 28, 2006 |
| July 13, 2006 |
| July 6, 2006 |
| June 24, 2006 |
| June 7, 2006 |
| May 13, 2006 |
| February 3, 2006 |
| January 14, 2006 |
| January 3, 2006 |
| December 16, 2005 |
| December 9, 2005 |
| November 30, 2005 |
| November 22, 2005 |
| October 25, 2005 |
| October 14, 2005 |
| September 15, 2005 |
| August 30, 2005 |
| April 30, 2005 and/or May 1, 2005 |
| April 2, 2005 |
| March 28, 2005 |
| March 8, 2005 |
| February 10, 2005 |

**EXHIBIT 4**

| Newport, RI Wellington CSO Effluent Monitoring Violations<br>March 2003 – March 2008 |
|---|
| **Date of CSO** |
| January 12, 2005 |
| January 8, 2005 |
| December 7, 2004 |
| December 1, 2004[1] |
| November 28, 2004 |
| October 19, 2004 |
| September 29, 2004 |
| September 18, 2004 |
| August 31, 2004 |
| August 15, 2004 |
| April 13, 2004 |
| April 4, 2004[2] |
| March 21, 2004[2] |
| May 1, 2003 |

[1] Effluent monitoring violation for BOD, BOD % Removal, TSS, TSS % Removal, and Oil & Grease.

[2] Effluent monitoring violations for Oil & Grease.