EXHIBIT 5

Wellington CSO Effluent Violations

**EXHIBIT 5**

| Newport, RI Wellington CSO Effluent Violations<br>March 2003 - December 2007 | | | | | | |
|---|---|---|---|---|---|---|
| **Date of CSO** | **Outfall** | **Parameter** | **Type of Limit** | **Units** | **Minimum % Removal** | **Reported % Removal** |
| March 31, 2004 | 007A | BOD | Minimum Average | % Removal | 35 | 0% |
| February 6, 2004 | 007A | BOD | Minimum Average | % Removal | 35 | 0% |
| December 14, 2003 | 007A | BOD | Minimum Average | % Removal | 35 | 0% |
| December 11, 2003 | 007A | BOD | Minimum Average | % Removal | 35 | 0% |
| October 29, 2003 | 007A | BOD | Minimum Average | % Removal | 35 | 0% |
| October 15, 2003 | 007A | BOD | Minimum Average | % Removal | 35 | 0% |
| August 17, 2003 | 007A | BOD | Minimum Average | % Removal | 35 | 0% |
| July 3, 2003 | 007A | BOD | Minimum Average | % Removal | 35 | 0% |
| June 5, 2003 | 007A | BOD | Minimum Average | % Removal | 35 | 0% |
| June 1, 2003 | 007A | BOD | Minimum Average | % Removal | 35 | 0% |
| May 26, 2003 | 007A | BOD | Minimum Average | % Removal | 35 | 33.9% |
| April 11, 2003 | 007A | BOD | Minimum Average | % Removal | 35 | 0% |
| April 9, 2003 | 007A | BOD | Minimum Average | % Removal | 35 | 34.7% |
| March 30, 2003 | 007A | BOD | Minimum Average | % Removal | 35 | 0% |
| March 21, 2003 | 007A | BOD | Minimum Average | % Removal | 35 | 0% |
| March 2, 2003 | 007A | BOD | Minimum Average | % Removal | 35 | 0% |
| December 24, 2007 | 007A | TSS | Minimum Average | % Removal | 50 | 0% |
| March 31, 2004 | 007A | TSS | Minimum Average | % Removal | 50 | 0% |
| February 6, 2004 | 007A | TSS | Minimum Average | % Removal | 50 | 4.4% |
| December 14, 2003 | 007A | TSS | Minimum Average | % Removal | 50 | 0% |

**EXHIBIT 5**

| Newport, RI Wellington CSO Effluent Violations<br>March 2003 - December 2007 | | | | | | |
|---|---|---|---|---|---|---|
| **Date of CSO** | **Outfall** | **Parameter** | **Type of Limit** | **Units** | **Minimum % Removal** | **Reported % Removal** |
| December 11, 2003 | 007A | TSS | Minimum Average | % Removal | 50 | 5.4% |
| October 29, 2003 | 007A | TSS | Minimum Average | % Removal | 50 | 0% |
| October 15, 2003 | 007A | TSS | Minimum Average | % Removal | 50 | 12.4% |
| August 17, 2003 | 007A | TSS | Minimum Average | % Removal | 50 | 43% |
| August 8, 2003 | 007A | TSS | Minimum Average | % Removal | 50 | 45.7% |
| July 3, 2003 | 007A | TSS | Minimum Average | % Removal | 50 | 0% |
| June 5, 2003 | 007A | TSS | Minimum Average | % Removal | 50 | 0% |
| June 1, 2003 | 007A | TSS | Minimum Average | % Removal | 50 | 0% |
| April 11, 2003 | 007A | TSS | Minimum Average | % Removal | 50 | 0% |
| March 30, 2003 | 007A | TSS | Minimum Average | % Removal | 50 | 44.9% |
| March 21, 2003 | 007A | TSS | Minimum Average | % Removal | 50 | 0% |
| March 2, 2003 | 007A | TSS | Minimum Average | % Removal | 50 | 0% |
| December 24, 2007 | 007A | SS | Minimum Average | % Removal | 100 | 0% |
| March 31, 2004 | 007A | SS | Minimum Average | % Removal | 100 | 0% |
| February 6, 2004 | 007A | SS | Minimum Average | % Removal | 100 | 0% |
| December 14, 2003 | 007A | SS | Minimum Average | % Removal | 100 | 0% |
| December 11, 2003 | 007A | SS | Minimum Average | % Removal | 100 | 33% |
| October 29, 2003 | 007A | SS | Minimum Average | % Removal | 100 | 10% |
| October 15, 2003 | 007A | SS | Minimum Average | % Removal | 100 | 50% |
| August 17, 2003 | 007A | SS | Minimum Average | % Removal | 100 | 0% |

**EXHIBIT 5**

| Newport, RI Wellington CSO Effluent Violations<br>March 2003 - December 2007 | | | | | | |
|---|---|---|---|---|---|---|
| **Date of CSO** | **Outfall** | **Parameter** | **Type of Limit** | **Units** | **Minimum % Removal** | **Reported % Removal** |
| August 8, 2003 | 007A | SS | Minimum Average | % Removal | 100 | 0% |
| July 3, 2003 | 007A | SS | Minimum Average | % Removal | 100 | 77% |
| June 5, 2003 | 007A | SS | Minimum Average | % Removal | 100 | 60% |
| June 1, 2003 | 007A | SS | Minimum Average | % Removal | 100 | 76% |
| April 11, 2003 | 007A | SS | Minimum Average | % Removal | 100 | 0% |
| March 30, 2003 | 007A | SS | Minimum Average | % Removal | 100 | 0% |
| March 21, 2003 | 007A | SS | Minimum Average | % Removal | 100 | 0% |
| March 2, 2003 | 007A | SS | Minimum Average | % Removal | 100 | 0% |