# EXHIBIT 6

Long Wharf/Washington Street Flow Effluent Violations

**EXHIBIT 6**

**Newport, RI Long Wharf/ Washington Street Flow Effluent Violations[1]**
**March 2003 - March 2008**

| Date | Outfall | Parameter | Type of Limit | Units | Minimum % Removal | Reported Removal |
|---|---|---|---|---|---|---|
| March 2007 | 002C | BOD | Minimum Average | % Removal | 35 | 31 |
| March 2007 | 002C | BOD | Minimum Average | % Removal | 35 | Not Specified |
| August 30, 2005 | 002C | BOD | Minimum Average | % Removal | 35 | 0 |
| April 2003 | 002C | BOD | Minimum Average | % Removal | 35 | 27 |
| March 2003 | 002C | BOD | Minimum Average | % Removal | 35 | 33 |
| June 4, 2007 | 002C | TSS | Minimum Average | % Removal | 50 | 19 |
| March 2007 | 002C | TSS | Minimum Average | % Removal | 50 | 0 |
| March 2007 | 002C | TSS | Minimum Average | % Removal | 50 | Not Specified |
| August 30, 2005 | 002C | TSS | Minimum Average | % Removal | 50 | 0 |
| April 2, 2005 | 002C | TSS | Minimum Average | % Removal | 50 | 49 |
| April 2004 | 002C | TSS | Minimum Average | % Removal | 50 | 9 |
| April 2004 | 002C | TSS | Minimum Average | % Removal | 50 | Not Specified |
| August 2003 | 002C | TSS | Minimum Average | % Removal | 50 | 47 |
| August 2003 | 002C | TSS | Minimum Average | % Removal | 50 | Not Specified |
| April 2003 | 002C | TSS | Minimum Average | % Removal | 50 | 20 |
| March 2003 | 002C | TSS | Minimum Average | % Removal | 50 | 28 |
| June 4, 2007 | 002C | settleable solids | Minimum Average | % Removal | 100 | 86 |

[1] If a violation was reported on the discharge monitoring report ("DMR)", but the date of the violation was not specified, then the month and year were entered. If more than one violation occurred in a month, only data for one event was reported on the DMR and the word "Not Specified" was entered for the other violations.

# EXHIBIT 6

| Newport, RI Long Wharf/ Washington Street Flow Effluent Violations[1] March 2003 - March 2008 | | | | | | |
|---|---|---|---|---|---|---|
| **Date** | **Outfall** | **Parameter** | **Type of Limit** | **Units** | **Minimum % Removal** | **Reported Removal** |
| March 2007 | 002C | settleable solids | Minimum Average | % Removal | 100 | 88 |
| August 30, 2005 | 002C | settleable solids | Minimum Average | % Removal | 100 | 69 |
| April 2, 2005 | 002C | settleable solids | Minimum Average | % Removal | 100 | 96 |
| April 2004 | 002C | settleable solids | Minimum Average | % Removal | 100 | 81 |
| August 2003 | 002C | settleable solids | Minimum Average | % Removal | 100 | 93 |
| April 2003 | 002C | settleable solids | Minimum Average | % Removal | 100 | 0 |
| March 2003 | 002C | settleable solids | Minimum Average | % Removal | 100 | 95 |